| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA SBN #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | SHAWN CORTEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:25-cr-00027-KES-BAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER |
| vs. | |
| SHAWN CORTEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Michael Tierney, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Shawn Cortez, that the status conference currently scheduled for August 27, 2025, at 1:00 p.m. may be continued to December 10, 2025, at 1:00 p.m.

The parties agree and stipulate, and request that the Court find the following. Initial discovery has been provided in this matter. The defense is in the process of reviewing this discovery, discussing the discovery with his client, and researching and investigating all aspects of this case. The government has provided a plea agreement and counsel has had initial discussions with Mr. Cortez regarding the proposed agreement. Counsel for Mr. Cortez requires additional time to look into and research issues that may impact resolution and sentencing in this matter and to further discuss the proposed resolution with Mr. Cortez. In order to accomplish

this, the parties are in agreement to continue this matter to December 10, 2025, for a further status conference.

Additionally, Mr. Cortez is currently participating in the Teen Challenge Reedley year-long residential treatment and rehabilitation program. Mr. Cortez entered the program on February 10, 2025, and is now just over half-way through the program. Counsel for Mr. Cortez was provided a progress letter from Teen Challenge Reedley on August 19, 2025, that indicates that he "has been actively participating in the Central Valley Teen Challenge [program]." It further indicates that "[i]t is the staff's observation that Shawn is making steady, measurable progress in the areas of recovery, personal responsibility, and spiritual growth. Based on his current trajectory, we are confident he is committed to completing the program successfully and maintaining a sober lifestyle thereafter." This letter has been provided to counsel for the government and to Mr. Cortez's Pretrial Services Officer.

The requested continuance in this case will conserve time and resources for the parties and the Court. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from August 27, 2025, to December 10, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//
//
//
//

                                          Respectfully submitted,

                                          ERIC GRANT
                                          United States Attorney

Date: August 19, 2025            */s/ Michael Tierney*
                                          MICHAEL TIERNEY
                                          Assistant United States Attorney
                                          Attorney for Plaintiff


                                          HEATHER E. WILLIAMS
                                          Federal Defender

Date: August 19, 2025            */s/ Reed Grantham*
                                          REED GRANTHAM
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          SHAWN CORTEZ

## **O R D E R**

IT IS SO ORDERED. The status conference currently scheduled for August 27, 2025, at 1:00 p.m. is hereby continued to **December 10, 2025, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. The time period from August 27, 2025, to December 10, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.


IT IS SO ORDERED.

Dated:   **August 20, 2025**                /s/ Barbara A. McAuliffe
                                                  UNITED STATES MAGISTRATE JUDGE