HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
SHAWN CORTEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:25-cr-00027-KES-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER |
| vs. | |
| SHAWN CORTEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Antonio Pataca, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Shawn Cortez, that the status conference currently scheduled for December 10, 2025, at 1:00 p.m. may be continued to February 25, 2026, at 1:00 p.m.

The parties agree and stipulate, and request that the Court find the following. Initial discovery has been provided in this matter. The defense has reviewed this discovery, has discussed it with his client, and remains in the process of researching and investigating all aspects of this case. The government has provided a plea agreement and counsel has had initial discussions with Mr. Cortez regarding the proposed agreement. Counsel for Mr. Cortez requires additional time to look into and research issues that may impact resolution and sentencing in this matter and to further discuss the proposed resolution with Mr. Cortez. In order to accomplish

this, the parties are in agreement to continue this matter to February 25, 2026, for a further status conference.

The requested continuance in this case will conserve time and resources for the parties and the Court. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period to February 25, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: November 26, 2025

*/s/ Antonio Pataca*
ANTONIO PATACA
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: November 26, 2025

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
SHAWN CORTEZ

Cortez – Stipulation to Continue Status Conference

2

**O R D E R**

IT IS SO ORDERED. The status conference currently scheduled for December 10, 2025, at 1:00 p.m. is hereby continued to **February 25, 2026, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. The time period from to February 25, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.  **However, in any request for a continuance, the parties shall explain when they will be ready to set a trial date.**

IT IS SO ORDERED.

Dated:   **November 26, 2025**                    /s/ Barbara A. McAuliffe
                                                                        UNITED STATES MAGISTRATE JUDGE