HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
SHAWN CORTEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>vs.<br><br>SHAWN CORTEZ,<br><br>                      Defendant. | Case No. 1:25-cr-00027-KES-EPG<br><br>STIPULATION AND ORDER TO MODIFY CONDITION OF PRETRIAL RELEASE |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Chan Hee Chu, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Shawn Cortez, that the Court modify a condition of Mr. Cortez's pretrial release initially imposed on February 6, 2025. *See* Dkt. #10. Specifically, the parties stipulate that the Condition (7)(q) of Mr. Cortez's conditions of pretrial release be modified in part to state that Mr. Cortez "remain inside [his] residence every day from 9:00pm to 5:00am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations."

A detention hearing was held in Mr. Cortez's case on February 6, 2025. *See* Dkt. #6. At that time, the Court ordered Mr. Cortez released on conditions that included a condition that after he successfully completed the 12-month Teen Challenge Reedley program he would be placed

on location monitoring at the curfew level. *See* Dkt. #10 at 2. Accordingly, Condition (7)(q) of Mr. Cortez's pretrial release currently provides the following:

> [U]pon successful completion of Teen Challenge, you must participate in the following location monitoring program component and abide by all the requirements of the program, which will include a location monitoring technology as directed by the pretrial services officer. You must comply with all instructions for the use and operation of the location monitoring technology as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer. CURFEW: You must remain inside your residence every day from 8:00pm to 6:00am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations

Dkt. #10 at 2.

Mr. Cortez completed the 12-month Teen Challenge Reedley program on February 22, 2026. Prior to his successful completion of the program, Mr. Cortez advised Pretrial Services that he intended to stay on at the program for an additional four months as part of the program's Apprenticeship Program. Pretrial Services consulted with the Teen Challenge program and installed the location monitor on Mr. Cortez after his completion of the 12-month program.

Since the installation of the location monitor, Mr. Cortez has complied with the requirements of the monitoring program. However, Mr. Cortez has informed undersigned counsel that the hours of the curfew have interfered with his ability to participate in certain aspects of the Apprenticeship Program. Specifically, apprentices, like Mr. Cortez, typically participate in Bible study every morning beginning at 5:45 a.m. Since Mr. Cortez is restricted to his room until 6:00 a.m. he has to either miss these study sessions or arrive late. Similarly, Mr. Cortez occasionally attends church services in the evening that can go past 8:00 p.m. in the evening. Since he has been on the location monitor, he has not gone to such services. Mr. Cortez advises that adjusting the location monitor hours to 9:00 p.m. to 5:00 a.m. would enable him to more fully participate in the Apprenticeship Program.

Undersigned counsel communicated the above to Mr. Cortez's Pretrial Services Officer,

Cortez – Stipulation to Modify
Condition of Pretrial Release

-2-

Frank Guerrero, who does not object to this modification. Likewise, counsel for the government does not object to this modification. Accordingly, the parties stipulate that the Condition 7(q) of Mr. Cortez's pretrial release be modified as follows:

> [U]pon successful completion of Teen Challenge, you must participate in the following location monitoring program component and abide by all the requirements of the program, which will include a location monitoring technology as directed by the pretrial services officer. You must comply with all instructions for the use and operation of the location monitoring technology as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer. CURFEW: You must remain inside your residence every day from 9:00pm to 5:00am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations

All other terms and conditions of Mr. Cortez's pretrial release, previously imposed, shall remain in full force and effect.

Respectfully submitted,

ERIC GRANT
United States Attorney

Dated: March 13, 2026      /s/ Chan Hee Chu
CHAN HEE CHU
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: March 13, 2026      /s/ Reed Grantham
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
SHAWN CORTEZ

Cortez – Stipulation to Modify
Condition of Pretrial Release

-3-

**O R D E R**

The above term and condition of Mr. Cortez's pretrial release, previously imposed on February 6, 2025, is hereby modified as set forth above. All other terms and conditions previously imposed remain in full force and effect.

IT IS SO ORDERED.

Dated:   **March 13, 2026**                    /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE

Cortez – Stipulation to Modify                    -4-
Condition of Pretrial Release