Galatea DeLapp, CA Bar #181581
Attorney at Law
1541 East Fairmont Ave., Suite 104
Fresno, CA 93704
(559) 803-0471

Attorney for Defendant
Shawn Cortez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No: 1:25-cr-00027-KES-EPG |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| SHAWN CORTEZ | |
| Defendant. | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Chan Hee Chu, counsel for plaintiff, and Galatea DeLapp, Attorney at Law, counsel for defendant Shawn Cortez, that the Court modify a condition of Mr. Cortez's pretrial release initially imposed on February 6, 2025. See Dkt. #10.

Specifically, the parties stipulate that a new condition be added to Mr. Cortez's conditions of pretrial release to permit him to be present at the hospital for the birth of his child. The new condition, to be designated as Condition (7)(r), would state:

(r) PRETRIAL SERVICES OFFICER DISCRETION: The Pretrial Services Officer is authorized to exercise discretion to modify the defendant's curfew and location monitoring requirements for the sole purpose of permitting the defendant's travel to, and presence at, a hospital for the birth of his child and during the associated hospital stay.

1
STIPULATON & PROPOED ORDER FOR MODIFICATION OF PRETRIAL RELEASE

A detention hearing was held in Mr. Cortez's case on February 6, 2025. See Dkt. #6. At that time, the Court ordered Mr. Cortez released on conditions that include location monitoring. See Dkt. #10. The parties, including Pretrial Services, agree that Mr. Cortez has remained in full compliance with all conditions of his pretrial release. Mr. Cortez is expecting the birth of his child this month and wishes to be present at St. Agnes Medical Center in Fresno for the birth and during the associated hospital stay.

Undersigned counsel communicated the above to Mr. Cortez's Pretrial Services Officer, Frank Guerrero, who does not object to this modification. Likewise, counsel for the government, AUSA Chan Hee Chu, does not object to this modification. The proposed modification is consistent with Mr. Cortez's continued compliance and with Pretrial Services' ongoing oversight of his location and conduct.

All other terms and conditions of Mr. Cortez's pretrial release, previously imposed, shall remain in full force and effect.

IT IS SO STIPULATED.

Respectfully submitted,

July 9, 2026

/s/ GALATEA DELAPP_____
GALATEA DELAPP
Attorney for Defendant
Shawn Cortez

 /s/ Chan Hee Chu
CHAN HEE CHU
Assistant United States Attorney
United States Attorney's Office

2
STIPULATON & PROPOED ORDER FOR MODIFICATION OF PRETRIAL RELEASE

**ORDER**

Having considered the parties' Stipulation to Modify Condition of Pretrial Release, and good cause appearing therefor,

IT IS HEREBY ORDERED that the following new condition, designated as Condition (7)(r), is added to Mr. Cortez's conditions of pretrial release:

(r) PRETRIAL SERVICES OFFICER DISCRETION: The Pretrial Services Officer is authorized to exercise discretion to modify the defendant's curfew and location monitoring requirements for the sole purpose of permitting the defendant's travel to, and presence at, a hospital for the birth of his child and during the associated hospital stay.

All other terms and conditions of Mr. Cortez's pretrial release, previously imposed on February 6, 2025, shall remain in full force and effect.

IT IS SO ORDERED.

Dated:    **July 9, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

STIPULATON & PROPOED ORDER FOR MODIFICATION OF PRETRIAL RELEASE