FILED
NOV 16 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

**United States of America**
**vs.**
Shawn Richard Cortez

**Case No. 1:25 CR 00027-KES/EPG-001**

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Shawn Richard Cortez, have discussed with Francisco J. Guerrero, Pretrial Services Officer, modifications of my release conditions as follows:

Remove the following conditions of release:

1: The condition requiring the defendant to participate in the curfew component of the Location Monitoring Program with electronic monitoring is removed.

Reason for modification: Mr. Cortez has appeared in Court as directed, he has remained in full compliance with the conditions of his bond, including completion of the Teen Challenge Reedley program, and adhering with all the requirements of the Location Monitoring Program. He has secured and maintained stable employment through the Fresno Rescue Mission, where he has also secured and maintained a stable residence, and he has not incurred any new law violations.

The defendant shall continue to make payments for the monitoring costs until his monitoring services have been paid in full.

All other conditions shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

[signature] 11/16/26 [signature] 11/03/2026

Signature of Defendant | Date | Signature of Pretrial Services Officer | Date

Based on the information provided by the Pretrial Services Officer, the United States does not object to the proposed modification.

[signature] 11/9/26

Signature of Assistant U.S. Attorney | Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

[signature] 11/9/26

Signature of Defense Counsel | Date

**ORDER OF THE COURT**

☒ The above modification of conditions of release is ordered, to be effective on 11/16/26

☐ The above modification of conditions of release is *not* ordered.

Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

Dated: November 16, 2026